UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00379-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JESUS MORENO-DEL CASTILLO
2.  JACQUELINE CARREON-BUSTILLOS

     Defendant.

**ORDER**

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, November 1, 2006**, and responses to these motions shall be filed by **Monday, November 13, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Monday, November 20, 2006, at 3:30 p.m.**  It is

FURTHER ORDERED that a three-day jury trial is set to commence **Monday, November 27, 2006, at 9:00 a.m.**

Dated: October 4, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge